UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ROBERT ALAN WEIGEL, <br><br> Plaintiff, <br><br> vs. <br><br> FACEBOOK, <br><br> Defendant. | Case No. CV-18-017-BU-BMM <br><br> JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that Robert Alan Weigel's Complaint is DISMISSED WITHOUT LEAVE TO AMEND.

Dated this 20th day of December, 2018.

TYLER P. GILMAN, CLERK

By: /s/ Annie Puhrmann
Annie Puhrmann, Deputy Clerk